UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2007-1463

Powers Kirn, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

Order Filed on 4/21/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

    Terrence J. McKinney

Case No.: 08-18167-KCF

Hearing Date:

Judge: Honorable Kathryn C. Ferguson

Chapter: 13

CONSENT ORDER CURING POST- PETITION ARREARS THROUGH THE PLAN AND PROVIDING OTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: 4/21/2010**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

CONSENT ORDER CURING POST- PETITION ARREARS THROUGH THE PLAN AND PROVIDING OTHER DEFAULT

Upon the application as to certain real property and Powers Kirn, LLC, Attorney for U. S. Bank Home Mortgage servicing agent for Mortgage Electronic Registration Systems, Inc. as nominee for U.S. Bank NA, appearing and for cause shown, it is

**ORDERED** as follows:

1. Upon application the debtor is hereby granted upon the conditions and terms more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through April 1, 2010, in the sum of $4,021.27 as provided hereinafter.

3. Post petition arrears of $4,021.27 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. Debtor(s) shall resume regular monthly mortgage payments starting on May 1, 2010.

5. The mortgagee is awarded a counsel fee and costs of $350.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

6. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

The undersigned hereby consent to the form and entry of the foregoing order.

 /s/ Allen I. Gorski
Allen I. Gorski, Esquire
Attorney for Terrence J. McKinney


 /s/  William M. E. Powers III
William M. E. Powers III
Attorney for Mortgage Electronic Registration Systems, Inc. as nominee for U.S. Bank NA

*Approved by Judge Kathryn C. Ferguson  April  21, 2010*